UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-61686-DPG

SECURITIES AND EXCHANGE COMMISSION,

          **Plaintiff,**

v.

THE MOVIE STUDIO, INC.,
and GORDON SCOTT VENTERS,

          **Defendants.**

_____/

**PLAINTIFF'S NOTICE OF REASSIGNMENT AND WITHDRAWAL OF COUNSEL CHRISTINE NESTOR PURSUANT TO LOCAL RULE 11.1(d)(3)(B)**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3)(B), Securities and Exchange Commission notifies the Court that counsel for the Commission, Christine Nestor, has been reassigned to other matters and therefore is withdrawing from this case.

Commission attorney Pascale Guerrier filed a notice of appearance on November 1, 2022 (DE 39) and Alise Johnson remains the lead trial attorney on this case. Therefore the pre-requisites for withdrawal under Local Rule 11.1(d)(3)(B) have been fulfilled.

June 14, 2023          Respectfully submitted,

          By:    s/ *Christine Nestor*
                  Senior Trial Counsel
                  Fla. Bar No. 597211
                  Telephone: (305) 982-6367
                  Facsimile: (305) 536-4154
                  E-mail: nestorc@sec.gov

Attorney for Plaintiff
**Securities and Exchange Commission**
801 Brickell Avenue, Suite 1950
Miami, FL 33131

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

BY: /s/ *Christine Nestor*

**SERVICE LIST**

Inger M. Garcia, Esq.
Florida Litigation Group, P.A.
4839 Volunteer Road, #514
Davie, Florida  33330
Via Email: attorney@floridapotlawfirm.com
***Counsel for Defendants***