UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61686-DPG

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

THE MOVIE STUDIO, et al.,

Defendants.
_____/

## NOTICE OF FILING PROPOSED ORDER

Pursuant to the Court's Paperless Order Granting Defendant's Unopposed Motion for a 60-Day Extension of the Deadlines in the Amended Scheduling Order (DE 62), please find a proposed Order.

July 7, 2023

Respectfully submitted,

s/**Alise Johnson**
Alise Johnson, Esq.
Senior Trial Counsel
Florida Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
(305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alise Johnson