UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-61686-DPG

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

THE MOVIE STUDIO, INC.,
and GORDON SCOTT VENTERS,

          Defendants.
_____/

## AMENDED SCHEDULING ORDER SETTING CIVIL TRIAL DATES AND PRETRIAL SCHEDULE

**THIS CAUSE** comes before the court on the Defendant's Unopposed Motion for an Extension of Remaining Deadlines, (ECF No. 61). The Court has reviewed the Motion and, being fully advised, it is ORDERED AND ADJUDGED that the Motion is GRANTED. AS FOLLOWS:

This matter is re-set for trial during the Court's two-week trial calendar beginning on December 11, 2023. The Telephonic Calendar Call will be held at 9:30 a.m. on Wednesday, December 6, 2023. A Telephonic Status Conference will be held at 10:00 a.m. on,_____, 2023. The parties shall adhere to the following schedule:

1. Written lists containing the names and addresses of all witnesses intended to be called at trial by **[11/05/2023]**

2. Fact discovery shall be completed by **[08/29/2023]**

3. Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by **[09/08/2023]**

4. All pretrial motions and memoranda of law, including motions in limine shall be filed by **[10/10/2023]**

5. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law

shall be filed by [11/07/2023]

**Status Conferences and Calendar Call.** The parties shall attend any status conference held in this matter and the calendar call by telephone. Counsel shall enter their appearances telephonically using the following dial-in information: **Dial-in Number 888-273-3658**; **Access Code 7032614**; **Security Code 5170**. Please dial in at least ten minutes before the status conference begins and wait until your case is called.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____, **2023.**

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Strauss
    All Counsel of Record