UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-61686-DPG

SECURITIES AND EXCHANGE COMMISSION,

        **Plaintiff,**

v.

THE MOVIE STUDIO, INC.
and GORDON SCOTT VENTERS,

        **Defendants.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss' Report and Recommendation ("Report"). [ECF No. 67]. On August 13, 2021, Plaintiff filed its Complaint against Defendants alleging that Defendants made false and misleading statements to The Movie Studio, Inc.'s investors. [ECF No. 1]. On May 5, 2023, Defendants filed their Second Amended Motion to Dismiss or Alternatively Motion for a More Definite Statement or to Strike Plaintiff's Complaint. [ECF No. 55]. On July 31, 2023, the case was referred to Judge Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a report and recommendation on any dispositive matters. [ECF No. 65]. In his Report, Judge Strauss recommends that the Court deny the Second Amended Motion to Dismiss. *Id.* Defendants failed to timely object to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Strauss' well-reasoned analysis and agrees that the Second Amended Motion to Dismiss must be denied. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Strauss' Report and Recommendation, [ECF No. 67], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Defendants' Second Amended Motion to Dismiss or Alternatively Motion for a More Definite Statement or to Strike Plaintiff's Complaint, [ECF No. 55], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of September, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE