UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61686-DPG

SECURITIES AND EXCHANGE COMMISSION,

**Plaintiff,**

v.

THE MOVIE STUDIO INC. AND
GORDON SCOTT VENTERS,

**Defendants.**
_____/

## EMERGENCY MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE AFFIRMATIVE DEFENSES, AND TO FILE DISPOSITIVE MOTIONS AND OTHER DEADLINES

The Movie Studio Inc. and Gordon Scott Venters (collectively, the "Defendants"), by and through the undersigned counsel, files this Emergency Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, Motion to Strike Affirmative Defenses and to file Dispositive Motions as follows:

1. As grounds for this request, among others, dispositive motions, a response to motion to strike affirmative, and a response to the Plaintiff's Motion for Summary Judgment and Statement of Material Facts are due on February 12, 2024.

2. Due to a major family emergency an extension is needed until Friday February 16, 2024.

3. The Plaintiff SEC requested additional pages on their motion for summary judgment and Statement of Material Facts and attached 63 Exhibits and the extreme amount of work has been overwhelming countering the massive amounts of allegations that need to be defended. The undersigned has been diligently working on these matters and cannot reasonably comply with all these deadlines.

4. Defendants need additional time to continue the defense of the large Summary Judgment, the Statement of material Facts, and the numerous exhibits, sixty-three in all. Plaintiff's motion was also allowed to be larger than normal, and it contains many issues which involve many hours to defend.

5. The Defendants are requesting this final extension deadline for responding to the Motion for Summary Judgment, the Motion to Strike Affirmative Defenses and Defendant's dispositive motions be extended to February 16, 2024.

6. Defendants also previously agreed to allow Plaintiffs additional pages in their motion for summary judgment and the Statement of Material Facts, and will be securing an agreement for additional pages to respond to the summary judgement given the two defendants, nine counts, 63 exhibits, additional pages in the material facts and in the motion for summary judgement, as well as having to respond to the motion to strike and to prepare any defendants' dispositive motions and affidavits.

7. This request is being made for the purpose of expediency and to give the parties additional time to narrow down the remaining issues in the case in the hope of putting an end to this litigation.

8. Moreover, Plaintiff does/does not oppose an extension of the deadline as it is a Sunday night, and the email was just delivered to the SEC as this was unexpected. No party is prejudiced by this extension.

WHEREFORE, the parties ask the Court to enter an Order allowing until February 16, 2024, to file a response to the Motion for Summary Judgment, response to the Motion to Strike Affirmative Defenses, and to file dispositive motions in the case.

Respectfully submitted,

*/s/ Inger M. Garcia, Esq.*
Inger M. Garcia, Esq.
Florida Litigation Group
7040 Seminole Pratt Whitney Rd. #25,
Box forty-three
Loxahatchee, FL 33470
(954) 394-7461
attorney@ingergarcia.com
serviceIMGlaw@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2024, I electronically served the foregoing document via e-mail but did not file with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified via e-mail only, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

## SERVICE LIST

**Inger M. Garcia, Esq.**
Florida Litigation Group, P.A. 7040 Seminole Pratt Whitney Rd. #25-43
Loxahatchee, Florida 3333470 Via Email: attorney@ingergarcia.com and serviceimglaw@yahoo.com, serviceimglaw@gmail.com

Counsel for Defendants Gordon Scott Ventures and The Movie Studio, Inc.

**Christine Nestor, Esq.**
Senior Trial Counsel
Telephone: (305) 982-6367
Facsimile: (305) 536-4154
E-mail: nestorc@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
**Alise Johnson, Esq.**
Senior Trial Counsel
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov
Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

**Michelle Bosworth, Esq.**
Counsel Special
Direct Dial: (305) 982-6387
Email: bosworthb@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

**Pascale Guerrier, Esq.**
Fla. Bar No. 22590
E-mail: guerrierp@sec.gov

Attorney for Plaintiff Securities And Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154