UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61686-GAYLES/STRAUSS

**SECURITIES AND EXCHANGE COMMISSION,**

        Plaintiff,

v.

**THE MOVIE STUDIO, INC.,** *et al.***,**

        Defendants.

_____/

**DEFENDANTS' MOTION FOR TWO-DAY EXTENSION OF TIME IN
WHICH TO FILE ARGUMENTS AND/OR
<u>EVIDENCE REGARDING "BLOCKCHAIN" ISSUE AND TO RESPOND TO SEC
EXHIBITS</u>**

        Come now the Defendants, The Movie Studio, Inc. and Gordon Scott Venters, respectfully by and through the undersigned counsel, and move the Court for a one-day extension of time in which to file additional arguments and/or evidence regarding the Plaintiff's contention that Defendants made material misrepresentations regarding TMS's use of blockchain technology and to Respond to SEC Exhibits. In support of their request, Defendants respectfully state:

        1.     Due to the depth and breadth of the issues and materials in this case, as well as the undersigned's competing professional and family obligations, the Defendants partially and inadvertently omitted to include all of Defendants' arguments and evidence regarding the blockchain issue in the documents Defendants prepared for filing on this date as well as address the SEC additional Exhibits.

        2.     Defendants reasonably insist that the referenced arguments be presented, and that, in the event the Court intends to entertain the Plaintiff's additional evidence [*see* DE 166] the Defendants be enabled to submit their supplemental exhibits on the blockchain issue.

3. Defendants first recognized their partial oversight at 9:10 p.m. on August 26th, and promptly emailed opposing counsel to determine her position on this request. We have not received a response but will update tomorrow. We are also discussing the agreement to the SEC extension and use of the sizzle reels.

4. No person or party will be prejudiced should this motion be granted. By contrast, should it not be granted, Defendants may be prejudiced by their inadvertent and partial oversight. It is in the interests of justice that this motion be granted.

WHEREFORE, Defendants request a two-day extension in which to submit additional arguments and/or evidence on the blockchain issue, and to respond to the SEC additional Exhibits and such additional relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Inger M. Garcia, Esq.*
Inger M. Garcia, Esq.
Florida Litigation Group
7040 Seminole Pratt Whitney Rd. #25,
Box forty-three
Loxahatchee, FL 33470
(954) 394-7461
attorney@ingergarcia.com
serviceIMGlaw@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2024, I electronically served the foregoing document via e-mail but did not file with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified via e-mail only, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

## SERVICE LIST

**Inger M. Garcia, Esq.**
Florida Litigation Group, P.A. 7040 Seminole Pratt Whitney Rd. #25-43
Loxahatchee, Florida 3333470
Via Email: attorney@ingergarcia.comm

and serviceimglaw@yahoo.com,
serviceimglaw@gmail.com

Counsel for Defendants Gordon Scott Ventures and The Movie Studio, Inc.

**Christine Nestor, Esq.**
Senior Trial Counsel
Telephone: (305) 982-6367
Facsimile: (305) 536-4154
E-mail: nestorc@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

**Alise Johnson, Esq.**
Senior Trial Counsel
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov
Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

**Michelle Bosworth, Esq.**
Counsel Special
Direct Dial: (305) 982-6387
Email: bosworthb@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

**Pascale Guerrier, Esq.**
Fla. Bar No. 22590
E-mail: guerrierp@sec.gov

Attorney for Plaintiff Securities and Exchange Commission

801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154