**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-61686-GAYLES/STRAUSS**

**SECURITIES AND EXCHANGE COMMISSION,**

        Plaintiff,

v.

**THE MOVIE STUDIO, INC.,** *et al.*,

        Defendants.

_____/

**<u>NOTICE OF FILING- AGREED EXTENSION BY SEC</u>**

     Defendants, The Movie Studio, Inc., and Gordon Venters, by and through the undersigned

counsel, and give notice to all concerned of the filing of the following supplemental exhibit in

Support of the objections to the magistrate Reports on Summary Judgment and Affirmative

Defenses:

- Supplemental Sworn Declaration of Gordon Scott Venters in opposition to Motion
  for Summary Judgment, with exhibits
-

     Respectfully submitted,

     ***<u>/s/ Inger M. Garcia, Esq.</u>***
     Inger M. Garcia, Esq.
     Florida Litigation Group
     7040 Seminole Pratt Whitney Rd. #25,
     Box forty-three
     Loxahatchee, FL 33470
     (954) 394-7461
     attorney@ingergarcia.com
     serviceIMGlaw@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2024, I electronically served the foregoing document via e-mail but did not file with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified via e-mail only, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

## SERVICE LIST

**Inger M. Garcia, Esq.**
Florida Litigation Group, P.A. 7040 Seminole Pratt Whitney Rd. #25-43
Loxahatchee, Florida 3333470
Via Email: attorney@ingergarcia.comm
and serviceimglaw@yahoo.com,
serviceimglaw@gmail.com

Counsel for Defendants Gordon Scott Ventures and The Movie Studio, Inc.

**Christine Nestor, Esq.**
Senior Trial Counsel
Telephone: (305) 982-6367
Facsimile: (305) 536-4154
E-mail: nestorc@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
**Alise Johnson, Esq.**
Senior Trial Counsel
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov
Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

**Michelle Bosworth, Esq.**
Counsel Special
Direct Dial: (305) 982-6387
Email: bosworthb@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

**Pascale Guerrier, Esq.**
Fla. Bar No. 22590
E-mail: guerrierp@sec.gov

Attorney for Plaintiff Securities and Exchange Commission

801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61686-GAYLES/STRAUSS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

THE MOVIE STUDIO, INC., *et al.*,

        Defendants.

_____/

## SUPPLEMENTAL SWORN DECLARATION OF GORDON SCOTT VENTERS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA
COUNTY OF BROWARD

    I, Gordon Scott Venters, swear under penalty of perjury that the following is true:

    1.    I am a Defendant in this case and I make this Declaration upon my personal knowledge.

    2.    I never knowingly misrepresented The Movie Studio, Inc.'s use of blockchain. Nowhere in the press release does it say that TMS used blockchain to deliver movies.

    3.    Attached hereto as Exhibit A is a screenshot I took from the Vuulr website On January 28, 2023.  Exhibit A is taken from the business records of TMS; it is authentic and has not been altered.  Exhibit A depicts actual TMS deals using blockchain technology.

    4.    This shows, at the time we did those deals, each of those entries were on the blockchain.  The definition of "blockchain" is a technology that is decentralized and distributed in a public digital ledger that records across many computers. The following is taken from Google in response to my Google searches conducted on August 27, 2024:

> Blockchain technology is a decentralized, distributed, and public digital ledger that records transactions across many computers. It's a type of database that stores data in blocks that are linked together in a chain, forming a secure digital chain. The blocks confirm the exact time and sequence of transactions, and they link securely together to prevent any block from being altered or a block being inserted between two existing blocks.
>
> What are the applications of blockchain?
>
> You can use blockchain technology to create an unalterable or immutable ledger for tracking orders, payments, accounts, and other transactions. The system has built-in mechanisms that prevent unauthorized transaction entries and create consistency in the shared view of these transactions.

As Google reflects, blockchain is a type of database that stores data in blocks that create a secure, digital chain. I never said we delivered CONTENT/MOVIES using blockchain. We received the money by wire transfer and we delivered the movies using www.wetransfer.com While there were additional uses for which others touted blockchain technology, the manner in which we used it was actually in operation.

5.      Furthermore, the use of "application" in the press release attached hereto as Exhibit B does not mean what the SEC claims it means.   The use of this term referred to TMS's manner of applying blockchain technology; it was not a representation that TMS owned or utilized a blockchain "app."

6.      In the March 31, 2021 interview posted on YouTube I did not talk about "how TMS has delivered video on demand via blockchain technology in three markets" as characterized by the SEC in its MSJ.  What I actually said in the video is "One thing is here to stay Video on Demand" Video Time 12:25-12:34 "And the next thing is if you deliver it through Blockchain Technology as we've just done did by selling 3 markets by using that platform." The SEC is again misconstruing my words.

7.      As we have stated we have just done in selling 3 markets by using that platform as in the execution of the agreement regarding the licensing of the intellectual property (the distribution rights providing the licensor with the crucial agreement representing licensing rights) and was delivered to the licensor as it is immediate, secure and cannot be disrupted, forged etc. regarding the "Licensed Rights" for their Country/Territory is significant prior to the transfer of any content or payment.  The Move Studio never said in the video that we deliver the CONTENT/MOVIES using Blockchain technology.

8.      I understand that the SEC has accused The Movie Studio of wrongdoing related to some YouTube videos referred to as "sizzle reels." Those videos incorporate clips of a few movies which we had an agreement to acquire, but which later fell through.  Those videos were initially made for only one purpose, to market at Cannes Film Festival, during which time I had been granted access to the film laboratory and received copies of the full-length trailers with our Companies video entrance put in the front of them for marketing.  I have been trying for years to get YouTube to take the videos down, or even remove the entire channel, but YouTube will not do so because I no longer have access to the channel.  That is because it is controlled by Gary Metz and he refuses to return it.  Gary Metz is recidivist felon, a disgruntled former employee of TMS, and the SEC's number one witness in this case.  At trial we believe that based upon information and evidence in our possession, Gary Metz will be completely discredited. He has no credibility whatsoever.

9.      Attached to this Declaration as Exhibit C is a chain of emails between TMS and YouTube regarding the channel, showing our attempts to take those videos down. As always, TMS will continue to use its best efforts to fully comply with the law.  I have personal knowledge of Exhibit C. It is taken from TMS records as maintained in the ordinary course of business.

10.     The SEC has presented a screenshot from one of the videos displaying the words "$300 million Backlot." [DE 166-7]. The SEC, however, fails to mention what I actually said in the video. The pertinent portion begins at Video Time 3:29-3:56 in which I state:

> "Gulfstream Park is a 300-million-dollar facility that has a state-of-the-art racetrack, casinos, fine dining, gaming and entertainment. So Gulfstream Movie Studio, by design, has come onto the property to achieve one focused goal. We want to make movies, entertainment, and of course gaming at Gulfstream Park. And looking at their facility like a $300 million backlot instead of just a destination for horses alone."

The SEC has presented the referenced screenshot out of context.

Under penalty of perjury, I swear that I have read the foregoing and the facts stated in it are true.

8/29/2024
Date

_____
Gordon Scott Venters
President and Chief Executive Officer
The Movie Studio, Inc.
The 110 Tower
110 SE 6th Street, Ste. 1700
Fort Lauderdale, FL 33301

Exhibit A

Vudir

Manage your Offers/RF received from Buyers — Buyer — All ▼    Status   1 selected ▼

Status        Complete ✕    Clear All        Expiring within 3 months

| Deal | Status | Value | Expires | Last Updated |
|------|--------|-------|---------|--------------|
| **Retribution** Buyer: Reel_TV. Network | Complete | $1000 ≡ Convert | 26th Sep 2023 | 10th Sep 2022 |
| **Back In The Day and 1 other** Buyer: Free Movies Plus | Complete | $2000 ≡ Convert | 23rd Apr 2023 | 21st Apr 2022 |
| **Back In The Day and 4 others** Buyer: Free Movies Plus | Complete | $4500 – 24000 ≡ Convert | 20th Mar 2023 | 22nd Feb 2022 |
| **Nine Miles Down** Buyer: KROKIV DEO | Complete | €2500 ≡ Convert | 31st May 2027 | 26th May 2021 |
| **A Broken Life** Buyer: D&M Media Services Pty Limited | Complete | $1000 ≡ Convert | 5th Aug 2023 | 28th Jul 2020 |
| **Exposure** Buyer: D&M Media Services Pty Limited | Complete | $1000 ≡ Convert | 30th Jul 2023 | 17th Jul 2020 |
| **Nine Miles Down** Buyer: D&M Media Services Pty Limited | Complete | $2000 ≡ Convert | 30th Jul 2023 | 13th Jul 2020 |
| **Night Of The Demons** Buyer: Gaints Banplah Films | Complete | $2000 ≡ Convert | 31st May 2021 | 14th May 2020 |
| **Bad Actress** Buyer: D&M Media Services Pty Limited | Complete | $2500 ≡ Convert | 6th May 2023 | 5th May 2020 |

? Support

Exhibit B

## The Movie Studio, Inc. Utilizes Blockchain Technology for Licensing Motion Picture to Spain until 2025 and Amends Registration of it's Trademark Application

The Movie Studio, Inc. March 18th 2021 7:11 A.M. E.S.T. (OTC: **MVES**) ("TMS" or the "Company"), www.TheMovieStudio.com is a vertically integrated motion picture production and distribution company with completed motion picture and production assets, is pleased to announce the licensing of it's owned sixty percent membership of the motion picture "Night of the Demons" starring Shannon Elizabeth, Edward Furlong an Monika Keena for the territories of Spain with a combined population of 47 million people until 2027.

"Establishing worldwide distribution agreements for our current library and of new aggregated revenue shared titles of our blockchain application at The Movie Studio, Inc. and as a fundamental cornerstone of our proposed reverse engineering of future "revenue share aggregated tiles" that when completed could show significant economic scalability to the Companies revenue model. Gordon Scott Venters President and CEO announced today".

In Addition, The Company has refiled it's application for Trademark of The Movie Studio ® with the Untied States patent and Trademark Office (USPTO) amending the proposed registration using the Companies "Aperture" of the "O" in The Name The Movie Studio, Inc.

### About The Movie Studio Inc.

The Movie Studio, Inc. is a Video Streaming Platform and a first-mover digital disruptor focused on the independent motion picture content sector. The Company operates as a vertically integrated motion picture production and distribution company and has currently launched its **Over-The-Top** (**OTT**) platform with a blockchain distribution mechanism for foreign licensing of content. The Company is currently completing the full launch of its app, with a free content ingestion option via advertiser video-on-demand (**AVOD**) and a **"Be in Our Movies!"** value proposition via subscription video-on-demand (**SVOD**), providing multiple revenue streams from the Company's owned, produced, licensed or aggregated content for worldwide consumption in VOD, foreign sales, and on various media devices. The Movie Studio, Inc. is disrupting traditional media content delivery systems with its digital business model of motion picture distribution and intends direct-server access of its content with geo-fractured territories for worldwide distribution.

The Company was formerly known as Destination Television, Inc. and changed its name to The Movie Studio, Inc. in November 2012. The Movie Studio, Inc. was founded in 1961 and is headquartered in Fort Lauderdale, Florida.

Contact:

The Movie Studio, Inc.
Gordon Scott Venters, President and CEO
2542 East Sunrise Blvd.
Ft. Lauderdale, Fl 33304
gsv@themoviestudio.com
954-332-6600

## *Forward Looking Statements and Disclaimer*

Statements made in this press release that express the Company or management's intentions, plans, beliefs, expectations or predictions of future events, are forward-looking statements. The words "believe," "expect," "intend," "estimate," "anticipate," "will" and similar expressions are intended to further identify such forward-looking statements, although not all forward-looking statements contain these identifying words. Those statements are based on many assumptions and are subject to many known and unknown risks, uncertainties and other factors that could cause the Company's actual activities, results or performance to differ materially from those anticipated or projected in such forward-looking statements. The Company cannot guarantee future financial results; levels of activity, performance or achievements and investors should not place undue reliance on the Company's forward-looking statements. No information contained in this press release should be construed as any indication whatsoever of the Company's future financial performance, future revenues or its future stock price.  The forward-looking statements contained herein represent the judgment of the Company as of the date of this press release, and the Company expressly disclaims any intent, obligation or undertaking to update or revise such forward-looking statements to reflect any change in the Company's expectations with regard thereto or any change in events, conditions or circumstances on which any such statements are based.  No information in this press release should be construed as any indication whatsoever of the Company's future revenues or results of operations.

Exhibit C

**From:** YouTube Legal Support Team <other-legal+3bg4usvvfi9ss0m@support.youtube.com>
**Sent:** Sunday, March 24, 2024 1:09 AM
**To:** Gordon Venters <gsv@themoviestudio.com>
**Subject:** URGENT 3rd REQUEST: YOUTUBE REMOVAL OF CONTENT FROM THE MOVIE STUDIO CHANNEL
OF SIZZLE REELS

Hello,

If you're concerned your account may have been compromised, you may attempt to recover or secure
your account here.

For help with other site-related issues, please visit the YouTube Help Center.

Regards,

The YouTube Legal Support Team

On March 24, 2024 gsv@themoviestudio.com wrote:

Dear You Tube,


We are in receipt of your e-mail and have done everything we can to access our account to no
Avail.


Please REMOVE the following content (BELOW) regarding the two sizzle reels and Gulfstream
Reel as the reason is described below.


If you need to contact us to make the LEGAL arrangements, please contact me on my Cell
Phone or our Attorney at the phone numbers below.


Sincerely,

**Gordon Scott Venters**
President & Chief Executive Officer
The Movie Studio, Inc.

110 Tower

110 S.E 6th Street

Suite #1700

Ft. Lauderdale, Florida 33301

Phone # 954-332-6600
www.TheMovieStudio.com | GSV@TheMovieStudio.com

The information in this email and in any attachments is confidential and intended solely for the attention and use of the named addressee(s). This information is subject to legal, professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this message in error, please notify us by return electronic mail and delete the message and any attachments received with it from your system.

Forward Looking Statements and Disclaimer:

Statements made in this e-mail that express the Company or management's intentions, plans, beliefs, expectations or predictions of future events, are forward-looking statements. The words "believe," "expect," "intend," "estimate," "anticipate," "will" and similar expressions are intended to further identify such forward-looking statements, although not all forward-looking statements contain these identifying words. Those statements are based on many assumptions and are subject to many known and unknown risks, uncertainties and other factors that could cause the Company's actual activities, results or performance to differ materially from those anticipated or projected in such forward-looking statements. The Company cannot guarantee future financial results; levels of activity, performance or achievements and investors should not place undue reliance on the Company's forward-looking statements. No information contained in this email should be construed as any indication whatsoever of the Company's future financial performance, future revenues or its future stock price. The forward-looking statements contained herein represent the judgment of the Company as of the date of this press release, and the Company expressly disclaims any intent, obligation or undertaking to update or revise such forward-looking statements to reflect any change in the Company's expectations with regard thereto or any change in events, conditions or circumstances on which any such statements are based. No information in this e-mail should be construed as any indication whatsoever of the Company's future revenues or results of operations.

**From:** YouTube Legal Support Team <other-legal+2wtz6jtf90b8y0m@support.youtube.com>
**Sent:** Tuesday, March 12, 2024 7:38 PM
**To:** Gordon Venters <gsv@themoviestudio.com>
**Subject:** URGENT 2ND REQUEST: YOUTUBE REMOVAL OF CONTENT FROM THE MOVIE STUDIO CHANNEL OF SIZZLE REELS

Hello,

If you're concerned your account may have been compromised, you may attempt to recover or secure your account here.

For help with other site-related issues, please visit the YouTube Help Center.

Regards,

The YouTube Legal Support Team

On March 13, 2024 gsv@themoviestudio.com wrote:


**Subject:** @nd REQUEST URGENT: YOUTUBE REMOVAL OF CONTENT FROM THE MOVIE STUDIO CHANNEL OF SIZZLE REELS


**From:** Gordon Venters
**Sent:** Saturday, March 2, 2024 3:33 PM
**To:** LEGAL@SUPPORT.YOUTUBE.COM
**Subject:** URGENT: YOUTUBE REMOVAL OF CONTENT FROM THE MOVIE STUDIO CHANNEL OF SIZZLE REELS


March 11th 2023,


Dear You Tube Legal Department,


I am the President and CEO of publicly traded Company The Movie Studio, Inc. (See attached Verification)  and as a result of our YouTube channel being "**HACKED**" we are unable to remove or update content on our platform/channel.


We were advised on June 29th of 2020 the Film library was sold and has certain films we were attempting to acquire on our **SIZZLE REEL(S) HAVE CONTENT ON THE REELS THAT NOW WEE NEED DELETED.**


Please **DELETE** the Sizzle Reel Links BELOW and or delete the Channel "At your Option", and/or provide us access so we can make the necessary immediate deletions.

PLEASE REMOVE THE FOLLOWING CONTENT AS PER THE DCMA (DIGITAL COPYRIGHT MILLENNIUM ACT) AS THE COMPANY DOES NOT HAVE THE COPYRIGHT TO CERTAIN CONTENT IN THE SIZZLE REELS.

https://www.youtube.com/watch?v=f_Ss3XOhRmE

https://www.youtube.com/watch?v=4BQ7ml0Qx9A

https://www.youtube.com/watch?v=06dVXt5qDns

In addition we would like to delete the Gulfstream Video as well as we do not occupy that location anymore.

https://www.youtube.com/watch?v=06dVXt5qDns

Please contact me at the Number below or my Cell Phone #954-465-5461 or e-mail or our Corporate Counsel also listed below.

If you need the correspondence from our Counsel, please let us know ASAP and she will send the same email as I have Cc'd our Counsel on this email chain.

Thank you for your prompt attention regarding this matter.

Sincerely,

**Gordon Scott Venters**

President & Chief Executive Officer
The Movie Studio, Inc.

110 Tower

110 S.E 6th Street

Suite #1700

Ft. Lauderdale, Florida 33301

Phone # 954-332-6600
www.TheMovieStudio.com  |  GSV@TheMovieStudio.com

**Inger M. Garcia, Esq. for The Movie Studio, Inc.**
**Florida Litigation Group**
**Mailing Address:  7040 Seminole Pratt Whitney Road, #25, Ste. 43, Loxahatchee, FL 33470**
**Direct Line: (954) 394-7461**
**Office: (954) 451-2426**



The information in this email and in any attachments is confidential and intended solely for the attention and use of the named addressee(s). This information is subject to legal, professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this message in error, please notify us by return electronic mail and delete the message and any attachments received with it from your system.

Forward Looking Statements and Disclaimer

Statements made in this email that express the Company or management's intentions, plans, beliefs, expectations or predictions of future events, are forward-looking statements. The words "believe," "expect," "intend," "estimate," "anticipate," "will" and similar expressions are intended to further identify such forward-looking statements, although not all forward-looking statements contain these identifying words. Those statements are based on many assumptions and are subject to many known and unknown risks, uncertainties and other factors that could cause the Company's actual activities, results or performance to differ materially from those anticipated or projected in such forward-looking statements. The Company cannot guarantee future financial results, levels of activity, performance or achievements and investors should not place undue reliance on the Company's forward-looking statements. No information contained in this email should be construed as any indication whatsoever of the Company's future financial performance.

future revenues or its future stock price. The forward-looking statements contained herein represent the judgment of the Company as of the date of this press release, and the Company expressly disclaims any intent, obligation or undertaking to update or revise such forward-looking statements to reflect any change in the Company's expectations with regard thereto or any change in events, conditions or circumstances on which any such statements are based. No information in this e-mail should be construed as any indication whatsoever of the Company's future revenues or results of operations.

**From:** YouTube Legal Support Team <other-legal+2wtz6jtf90b8y0m@support.youtube.com>
**Sent:** Tuesday, March 12, 2024 7:38 PM
**To:** Gordon Venters <gsv@themoviestudio.com>
**Subject:** URGENT 2ND REQUEST: YOUTUBE REMOVAL OF CONTENT FROM THE MOVIE STUDIO CHANNEL OF SIZZLE REELS

Hello,

If you're concerned your account may have been compromised, you may attempt to recover or secure your account here.

For help with other site-related issues, please visit the YouTube Help Center.

Regards,

The YouTube Legal Support Team

On March 13, 2024 gsv@themoviestudio.com wrote:

**Subject:** @nd REQUEST URGENT: YOUTUBE REMOVAL OF CONTENT FROM THE MOVIE STUDIO CHANNEL OF SIZZLE REELS

**From:** Gordon Venters
**Sent:** Saturday, March 2, 2024 3:33 PM
**To:** LEGAL@SUPPORT.YOUTUBE.COM
**Subject:** URGENT: YOUTUBE REMOVAL OF CONTENT FROM THE MOVIE STUDIO CHANNEL OF SIZZLE REELS

March 11th 2023,

Dear You Tube Legal Department,

I am the President and CEO of publicly traded Company The Movie Studio, Inc. (See attached Verification)   and as a result of our YouTube channel being "**HACKED**" we are unable to remove or update content on our platform/channel.

We were advised on June 29th of 2020 the Film library was sold and has certain films we were attempting to acquire on our **SIZZLE REEL(S) HAVE CONTENT ON THE REELS THAT NOW WEE NEED DELETED.**

Please **DELETE** the Sizzle Reel Links BELOW and or delete the Channel "At your Option", and/or provide us access so we can make the necessary immediate deletions.

PLEASE REMOVE THE FOLLOWING CONTENT AS PER THE DCMA (DIGITAL COPYRIGHT MILLENNIUM ACT) AS THE COMPANY DOES NOT HAVE THE COPYRIGHT TO CERTAIN CONTENT IN THE SIZZLE REELS.

https://www.youtube.com/watch?v=f_Ss3XOhRmE

https://www.youtube.com/watch?v=4BQ7ml0Qx9A

https://www.youtube.com/watch?v=06dVXt5qDns

In addition we would like to delete the Gulfstream Video as well as we do not occupy that location anymore.

https://www.youtube.com/watch?v=06dVXt5qDns

Please contact me at the Number below or my Cell Phone #954-465-5461 or e-mail or our Corporate Counsel also listed below.

If you need the correspondence from our Counsel, please let us know ASAP and she will send the same email as I have Cc'd our Counsel on this email chain.

Thank you for your prompt attention regarding this matter.


Sincerely,

**Gordon Scott Venters**
President & Chief Executive Officer
The Movie Studio, Inc.

110 Tower

110 S.E 6th Street

Suite #1700

Ft. Lauderdale, Florida 33301

Phone # 954-332-6600
www.TheMovieStudio.com | GSV@TheMovieStudio.com


**Inger M. Garcia, Esq. for The Movie Studio, Inc.**
**Florida Litigation Group**
**Mailing Address:  7040 Seminole Pratt Whitney Road, #25, Ste. 43, Loxahatchee, FL 33470**
**Direct Line: (954) 394-7461**
**Office: (954) 451-2426**

The information in this email and in any attachments is confidential and intended solely for the attention and use of the named addressee(s).  This information is subject to legal, professional or other privilege or may otherwise be protected by work product immunity or other legal rules.  It must not be disclosed to any person without our authority.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.  If you have received this message in error  please notify us by return electronic mail and delete the message and any attachments received with it from your system.

Forward Looking Statements and Disclaimer:

Statements made in this e-mail that express the Company or management's intentions, plans, beliefs, expectations or predictions of future events. are forward-looking statements. The words "believe," "expect," "intend," "estimate," "anticipate," "will" and similar expressions are intended to further identify such forward-looking statements, although not all forward-looking statements contain these identifying words. Those statements are based on many assumptions and are subject to many known and unknown risks, uncertainties and other factors that could cause the Company's actual activities, results or performance to differ materially from those anticipated or projected in such forward-looking statements. The Company cannot guarantee future financial results; levels of activity, performance or achievements and investors should not place undue reliance on the Company's forward-looking statements. No information contained in this email should be construed as any indication whatsoever of the Company's future financial performance, future revenues or its future stock price. The forward-looking statements contained herein represent the judgment of the Company as of the date of this press release, and the Company expressly disclaims any intent, obligation or undertaking to update or revise such forward-looking statements to reflect any change in the Company's expectations with regard thereto or any change in events, conditions or circumstances on which any such statements are based. No information in this e-mail should be construed as any indication whatsoever of the Company's future revenues or results of operations.