**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 0:21-CV-61686-DPG**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

vs.

THE MOVIE STUDIO, INC.
and GORDON SCOTT VENTERS,

      Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss' Report and Recommendation (the "Report"). [ECF No. 156]. On December 28, 2023, Plaintiff Securities and Exchange Commission filed its Motion for Summary Judgment (the "Motion"). [ECF No. 107]. Defendants The Movie Studio, Inc. and Gordon Scott Venters filed their response to the Motion on February 21, 2024. [ECF No. 125]. On March 14, 2024, Plaintiff filed its reply. [ECF No. 139]. On July 31, 2023, the case was referred to Judge Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a report and recommendation on any dispositive matters. [ECF No. 65].

Judge Strauss' Report recommends that the Court grant, in part, and deny, in part, Plaintiff's Motion. [ECF No. 156]. On August 20, 2024, Plaintiff filed its Limited Objections to the report and recommendation on the Motion for Summary Judgment, [ECF No. 167], to which Defendants filed a response, [ECF No. 172]. Defendants also filed their own Amended Objection

to Magistrate Judge's Recommendation that Plaintiff's Motion for Summary Judgment be Granted as to Count I of the Complaint on August 26, 2024. [ECF No. 171].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Strauss' well-reasoned analysis and agrees that the Motion must be granted, in part, and denied, in part.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)     Plaintiff Securities and Exchange Commission's Limited Objections to the report and recommendation on the Motion for Summary Judgment, [ECF No. 167], are **OVERRULED;**

(2)     Defendants' Amended Objection to Magistrate Judge's Recommendation that Plaintiff's Motion for Summary Judgment be Granted as to Count I of the Complaint, [ECF No. 171], is **OVERRULED**;

(3)     Magistrate Judge Strauss' Report and Recommendation, [ECF No. 156], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(4)     Plaintiff Securities and Exchange Commission's Motion for Summary Judgment,

[ECF No. 107], is **GRANTED, in part,** and **DENIED, in part** as follows:

a.   GRANTED as to Count I of the Complaint; and

b.   DENIED as to Counts II–IX of the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of September, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE