UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61686-DPG

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

THE MOVIE STUDIO, et al.,

        Defendants.
_____/

**DEFENDANTS' MOTION TO CONTINUE THE TRIAL SET FOR JANUARY 14, 2025**

Defendants The Movie Studio, Inc. and Gordon Scott Venters respectfully file this Defendants' Motion to Continue the Trial set for January 14, 2025, as follows:

1. The Plaintiff Securities and Exchange Commission does not object to a short continuance of the trial motion for a short time frame. The Plaintiff only agrees to an extension until April 2025.

2. However, the undersigned needs more time in reality, as she has some emergency medical issues that require at least three surgeries and cannot continue to prepare for this major trial nor attend trial in January 2025.

3. The undersigned is requesting a continuance until at least June, July or August 2025 trial docket.

4. The Defendants will be seriously injured if this continuance is not granted. The undersigned cannot physically prepare for the trial and attend the trial in January 2025.

5. SEC is not prejudiced by this delay.

1

WHEREFORE the Defendants respectfully request the January 2025 trial be continued until the summer of 2025, and for any other relief deemed fit and proper.

**VERIFICATION**

The Defendants hereby verify that this continuance is needed.

*/s/The Movie Studio, Inc.*           */s/Gordon Scott Venters*
_____           _____
The Movie Studio, Inc.                Gordon Scott Venters


December 30, 2024.                         Respectfully submitted,

                                              By:    */s/Inger Garcia, Esq.*
                                                        Inger M. Garcia, Esq.
                                                 Florida Litigation Group
                                                 7040 Seminole Pratt Whitney Rd, #25, Box 43
                                                 Loxahatchee, Florida 33470
                                                 (954) 394-7461
                                                 Email: attorney@floridapotlawfirm.com
                                                 serviceimglaw@yahoo.com
                                                 attorney@ingergarcia.com
                                                 serviceimglaw@gmail.com

                                                 *Florida Bar No. 0106917*
                                                 *Defendants' Counsel for Gordon Scott*
                                                 *Venters and The Movie Studio, Inc*