**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-cv-61686-DPG**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

**THE MOVIE STUDIO, INC. and**
**GORDON SCOTT VENTERS,**

      **Defendants.**

                                             /

## <u>JOINT MOTION TO STAY TRIAL AND OTHER DEADLINES FOR 120 DAYS</u>

Plaintiff Securities and Exchange Commission ("Commission") and defendants The Movie Studio, Inc. ("The Movie Studio") and Gordon Scott Venters ("Venters") (collectively, "Defendants"), jointly move the Court for an order staying the trial scheduled on January 26, 2026, and all other deadlines in this case by 120 days.

On January 7, 2026, the parties appeared before Magistrate Judge Strauss for a Settlement Conference in a good faith effort to resolve this case. The parties were able to reach a tentative resolution of most of the issues in this case which, if approved by the three-member Commission in Washington, D.C., would obviate the need for trial. [*See* Report on Settlement Conference, DE 294]. Specifically, the proposed settlement will fully resolve the Commission's case against The Movie Studio, and resolve liability as to Venters but leave the issue of remedies against him for the Court (except for permanent injunctive relief).

The Commission staff does not have authority to bind the Commission to any settlement or other resolution, and must submit its recommendations for review of certain offices and

1

Divisions within the Commission, and a vote by the three-member Commission. Accordingly, the

parties request a 120-day stay of all proceedings in this matter.

A proposed Order is being submitted.

January 21, 2026

Respectfully submitted,
By: s/Pascale Guerrier_____
Pascale Guerrier, Esq.
Senior Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

By:      s/Inger M. Garcia_____
Inger M. Garcia, Esq.
Florida Litigation Group, P.A.
4839 Volunteer Road, #514
Davie, Florida  33330
Email: attorney@floridapotlawfirm.com
***Counsel for Gordon Scott Ventures and The Movie Studio, Inc.***

2